No. 105, Orig. KANSAS *v.* COLORADO. Third Report of the Special Master received and ordered filed. Exceptions to the Re-

port, with supporting briefs, may be filed within 45 days. Replies, if any, with supporting briefs, may be filed within 30 days. [For earlier order herein, see, *e. g.*, 529 U. S. 1015.]